UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              CRIMINAL NO. 01-80261

                              HONORABLE PATRICK J. DUGGAN

D-1 DAVID ARIEL HAMMOND,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Indictment against David Ariel Hammond.  Accordingly, IT IS HEREBY ORDERED that the Indictment against that defendant be dismissed, and that defendant's appearance bond, if any, be canceled.

                                                        s/PATRICK J. DUGGAN
                                                        United States District Judge

Entered: May 4, 2005
Copies to:
John Freeman
Penny Beardslee